```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 09517
    HEATHER R STOVER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-1623


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/25/2007 and was not confirmed.

    The case was dismissed without confirmation 07/12/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------

WM SPECIALTY MORTGAGE LL  CURRENT MORTG         .00           .00           .00
WM SPECIALTY MORTGAGE LL  UNSECURED      NOT FILED            .00           .00
IRA T NEVEL               NOTICE ONLY    NOT FILED            .00           .00
HOUSEHOLD FINANCE         CURRENT MORTG         .00           .00           .00
CHRIST MEDICAL CENTER     UNSECURED      NOT FILED            .00           .00
EASTERN COLLECTION CORP   UNSECURED      NOT FILED            .00           .00
PENTAGROUP FINANCIAL LLC  UNSECURED      NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO WATER DE  UNSECURED      NOT FILED            .00           .00
PREMIER BANKCARD          UNSECURED         522.07            .00           .00
NATIONAL ASSET RECOVERY   UNSECURED      NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1171.05            .00           .00
RMCB COLLECTION AGENCY    UNSECURED      NOT FILED            .00           .00
UNIVERSITY OF CHICAGO     UNSECURED      NOT FILED            .00           .00
TRIAD FINANCIAL CORP      UNSECURED         751.86            .00           .00
SHERIFF OF COOK COUNTY    NOTICE ONLY    NOT FILED            .00           .00
HOUSEHOLD FINANCE CORP    SECURED NOT I   15181.78            .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I     516.05            .00           .00
PRO SE DEBTOR             DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------      ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 09517 HEATHER R STOVER
```

TOTALS                                              .00                        .00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/23/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```